**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION**

**LARRY PRESSON,**
individually, and as spouse of
and next friend for
**MARILYN PRESSON,**

    Plaintiff,

vs.                                                       Docket No.  1:18-cv-00099-SNLJ

**MICHAEL D. HAGA,
INDIAN CREEK BUILDERS, INC.,
INDIAN CREEK INVESTMENTS, INC.,
WILLIAM B. GRESHAM,
RALPH L. INNES, and CHAS. C. MEEK
LUMBER COMPANY OF POPLAR BLUFF,**

    Defendants.

**PLAINTIFFS' NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE
ONLY AS TO
DEFENDANT CHAS. C. MEEK LUMBER COMPANY OF POPLAR BLUFF**

    Plaintiffs, Larry Presson, individually, and as spouse of and next friend for Marilyn Presson, by and through counsel, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby give the Court notice of their voluntary dismissal WITH prejudice of this action ONLY as to Defendant Chas. C. Meek Lumber Company of Poplar Bluff.

                                                   Respectfully submitted,

                                                   /s/ Jeffrey A. Land_____
                                                   JEFFREY A. LAND, Bar Number: 15835TN
                                                   Attorney for Plaintiff
                                                   Jeffrey A. Land & Associates
                                                   119 S. Main Street, Ste. 500

Memphis, Tennessee 38103
Phone: 901.322.8220
Fax: 901.328.5755
jeff@jefflandlaw.com

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that the foregoing has been filed electronically on the date affixed to this pleading by the Court's electronic filing system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail and/or email and/or personally, as required by law. Parties may access this filing through the Court's electronic filing system.

<u>/s/ Jeffrey A. Land</u>
Jeffrey A. Land, Attorney at Law